## Campbell *v*. Harton, Appellant.

Argued May 3, 1905.    Appeal, No. 236, April T., 1905, by defendants, from judgment of C. P. No. 2, Allegheny Co., Oct. T., 1902, No. 815, on verdict for plaintiff in case of S. J. Campbell v. William E. Harton, Contractor, and William E. Hildebrand, owner, with notice to Frank P. Howley.    Before BEAVER, PORTER, MORRISON and HENDERSON, JJ.    Appeal quashed.

PER CURIAM, July 13, 1095:

This case was tried at the same time in the court below as Harton v. Harton, ante, p. 492.    It was argued in this court also at the same time.

The indorsement " Bill sealed for defendants generally " is made upon the opinion of the court, refusing a new trial.    It is not dated, and, whenever and however made, is no more than in No. 235 a compliance with our rule.

For the reasons therein stated, therefore, the motion to quash must be allowed.    Appeal quashed.